UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Delarian K. Wilson,<br><br>　　Petitioner<br><br>v.<br><br>Nevada Department of Corrections, et al.,<br><br>　　Respondents | 2:16-cv-02989-JAD-GWF<br><br>**Order Denying Petition with Leave to Amend** |

　　Delarian K. Wilson has submitted a § 2254 petition and has paid the filing fee. Having reviewed Wilson's petition under Habeas Rule 4, I deny the petition without prejudice and with leave to amend and give Wilson until May 20, 2017, to file an amended petition using this court's approved form and streamlining his allegations.

　　Though the first three pages of Wilson's petition are on this court's approved form or substantially follow it, the remainder of the 174-page filing does not. Wilson does not clearly set forth his claims for relief but instead attaches numerous state-court briefs and orders. I therefore deny Wilson's petition without prejudice and with leave to amend. If Wilson chooses to file an amended petition, he must do so on this court's approved form and follow the form instructions. Wilson is not required to file exhibits in support of his petition at this time. If, after screening, I direct respondents to file a response to Wilson's amended petition, respondents will be required to provide the relevant portions of the state-court record.

　　Accordingly, IT IS HEREBY ORDERED that the petition **[ECF Nos. 1, 1-1] is DENIED** without prejudice and with leave to amend. Wilson must file an amended petition by May 20, 2017. If Wilson fails to file an amended petition by this deadline, this action will be dismissed without further notice.

1    IT IS FURTHER ORDERED that the Clerk is directed to SEND to Wilson one copy of the court's form § 2254 petition (non-death) and instructions for the same and one copy of the papers Wilson has filed in this action.

Dated this 6th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge